October 1, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00091-CV

### U.S. SAND & GRAVEL LLC, RAITZ ENTERPRISES, INC., AND RAITZ INVESTMENT GROUP

LLC, Appellants

V.

TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

Today the Court heard the parties' joint motion to reverse the judgment signed by the court below on February 12, 2025. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court to render judgment effectuating the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered October 1, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered Per Curiam.